JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KOU XIONG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00458-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from February 5, 2021 to March 8, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 29, 2021             PENA & BROMBERG, ATTORNEYS AT LAW

                                    By: */s/ Jonathan Omar Pena*
                                        JONATHAN OMAR PENA
                                        Attorneys for Plaintiff


Dated: January 29, 2021             MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration


                                    By:  **/s/ Daniel P. Talbert*
                                        Daniel P. Talbert
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant
                                        (*As authorized by Oscar Gonzalez, Esq. via email on 1/29/2021)

-

## **ORDER**

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The Plaintiff shall file the Opening Brief no later than March 8, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 1, 2021**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2